Bruce D. Praet, SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
BPraet@aol.com

Attorneys for Defendant City of Woodlake

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ALEJANDRA ARZOLA,

    Plaintiff,

  vs.

OSCAR ROBLES, CITY OF WOODLAKE and DOES 1 through 20 inclusive,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.

**DEFENDANTS' NOTICE OF REMOVAL UNDER U.S.C. SECTION 1441(b); DECLARATION OF BRUCE D. PRAET**

**(Federal Question)**

TO: THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

  COMES NOW Defendants, City of Woodlake and Oscar Robles, who file this Notice of Removal of the cause described herein from the Superior Court of the State of California for the County of Tulare, in which it is now pending, to the United States District Court, Eastern District of California.  In support of such removal, Defendants respectfully allege and show as follows:

  1. Plaintiff Alejandra Arzola commenced this action in the Superior Court of the State of California for the County of Tulare, by filing, on or about February 10, 2020, a Complaint alleging a violation of her civil rights pursuant to Title 42 U.S.C. § 1983 under the Fourth and

1

Fourteenth Amendments, as well as various state torts.  Plaintiff's complaint was assigned to the Tulare Superior Court, Case No. 282031, and is attached as Exhibit "A" to the Declaration of Bruce D. Praet (hereinafter "Praet Decl.")

2. Service of the Summons and Complaint in the above-entitled action was accepted by Defendant City of Woodlake on June 2, 2020.  A copy of the Summons is attached as Exhibit "B", Praet Decl.  Service of the Summons and Complaint was accepted by Defendant Oscar Robles by way of return of Notice & Acknowledgment of Receipt on June 11, 2020.

3. This action is properly removable to the United States District Court in accordance with 28 U.S.C. 1441(a) in that this Court has original jurisdiction over Plaintiff's federal claim pursuant to 28 U.S.C. § 1331 and is one which may be removed to this Court by Defendant, City of Woodlake, pursuant to the provisions of 28 U.S.C. § 1441(b) in that it arises under constitutional provisions, specifically, the Complaint alleges a violation of the Fourth and Fourteenth Amendments to the United States Constitution. (See Exhibit "A").

4. This Notice of Removal to this Court is timely pursuant to 28 U.S.C. § 1446(b) in that this Notice was filed before a responsive pleading was filed and within thirty (30) days of Service of the Complaint, the date that the Summons and Complaint was served on the Defendant, City of Woodlake.

5. This petitioning Defendants allege that it has good and sufficient defenses to Plaintiff's action herein.

6. No previous application has been made to this Court for the relief sought herein.

/ / /

2

7.    All Defendants served  with the complaint, City of Woodlake and Oscar Robles, agree to the removal (see, Praet Decl.)

WHEREFORE, these petitioning Defendants respectfully pray that Plaintiff's action be removed from Superior Court of California for the County of Tulare, to the United States District Court, Eastern District of California, as provided by law.

DATED: June 11, 2020                    FERGUSON, PRAET & SHERMAN
                                        A Professional Corporation


                            By:    /s/ Bruce D. Praet
                                   Bruce D. Praet, Attorneys for Defendant,
                                   City of Woodlake


DATED: June 11, 2020                    HAIGHT BROWN & BONESTEEL LLP


                            By:     /s/ Kevin M. Osterberg
                                   Kevin M. Osterberg, Attorneys for
                                   Defendant Oscar Robles

3

## **DECLARATION OF BRUCE D. PRAET**

I, Bruce D. Praet, do hereby declare that I have personal knowledge of the facts set forth below and if called as a witness in this case, I could and would competently testify as follows:

1.  I am the attorney for Defendant, City of Woodlake, in the case *Alejandra Arzola v. Oscar Robles, et al.,* Case No. 282031 in the Superior Court, State of California, Tulare County.

2.  Attached hereto and marked as Exhibit "A" is a true and correct copy of Plaintiff's Complaint.

3.  Attached hereto and marked as Exhibit "B" is a true and correct copy of the Summons.

4.  In addition, I have spoken to Kevin M. Osterberg, counsel for Defendant Oscar Robles, who has consented to and joined in this removal.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on June 11, 2020, at Santa Ana, California.


/s/   Bruce D. Praet
Bruce D. Praet

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Cathy Sherman, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On June 11, 2020, I served the foregoing **DEFENDANTS' NOTICE OF REMOVAL UNDER U.S.C. SECTION 1441(b); DECLARATION OF BRUCE D. PRAET** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Douglas L. Hurt
LAW OFFICES OF DOUGLAS L. HURT
2534 W. Main St.
Visalia, CA 93291
559.635.3333 telephone
559.733.0558 facsimile
Attorney for Plaintiff

Kevin M. Osterberg
Haight Brown & Bonesteel LLP
3880 Lemon Street, Suite 410
Riverside, CA 92501
Attorney for Defendant Robles

XXX  (By Mail)  I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

____  (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

___  (By Federal Express 2-Day) The above noted material was sent via Federal Express.

XXX  (Federal)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 11, 2020, at Santa Ana, California.

/s/ Cathy Sherman
Cathy Sherman

5