# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA ARZOLA,<br><br>                    Plaintiff,<br><br>     v.<br><br>OSCAR ROBLES and CITY OF WOODLAKE,<br><br>                    Defendants. | Case No. 1:20-cv-00816-NONE-SKO<br><br>**ORDER STRIKING UNILATERAL STIPULATION FOR REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP)**<br><br> **(Doc. 6)** |

On June 26, 2020, Plaintiff filed a "Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 271" signed only by Plaintiff's counsel and not signed by counsel for either Defendant.  (Doc. 6.)

Under Local Rule 271, if the parties elect to using the VDRP, they must file a stipulation and proposed order for referral of the case to VDRP.  E.D. Cal. L.R. 271(i).  Local Rule 271 provides that the stipulation must:

> (A) specify the time frame within which the parties propose the VDRP process will be completed and the date by which the Neutral must file confirmation of that completion;
> (B) suggest and explain any modifications or additions to the case management plan that would be advisable because of the reference to the VDRP; and
> (C) describe any pretrial activity, e.g., specified discovery or motions, that shall be completed before the VDRP session is held or that shall be stayed until the VDRP session is concluded.

E.D. Cal. L.R. 271(i).

1

2

As noted above, the stipulation is signed by Plaintiff's counsel only, and is not signed by counsel for either Defendant.  (*See* Doc. 6.)  Further, the stipulation does not contain any of the information required by Local Rule 271.  Accordingly, the Court STRIKES the stipulation filed unilaterally by Plaintiff, (Doc. 6), and the parties are advised that any future stipulation for referral to VDRP must be signed by all counsel and must contain the information required by Local Rule 271(i) as set forth above.

IT IS SO ORDERED.

Dated:   **July 6, 2020**                                   /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE