Bruce D. Praet, SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
BPraet@aol.com

Attorneys for Defendant City of Woodlake

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA ARZOLA,<br><br>    Plaintiff,<br><br>    vs.<br><br>OSCAR ROBLES, CITY OF WOODLAKE and DOES 1 through 20 inclusive,<br><br>    Defendants. | NO. 1:20−cv−00816−NONE−SKO<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>**(Doc. 12)**<br><br>**DATE: November 19, 2020**<br>**TIME: 9:30 a.m.**<br>**CTRM: 7** |

Having considered the parties' stipulation (Doc. 12), and for GOOD CAUSE SHOWN,

It is hereby ORDERED that the Scheduling Conference currently set for November 19, 2020, at 9:30 a.m. is hereby **CONTINUED to February 11, 2021, at 9:30 a.m**. before Magistrate Judge Sheila K. Oberto.  The parties SHALL file their joint scheduling report by no later than February 4, 2021.

IT IS SO ORDERED.

Dated:  **November 6, 2020**               /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE