UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA ARZOLA, | No. 1:20-cv-00816-NONE-SKO |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 16) |
| OSCAR ROBLES and CITY OF WOODLAKE, | |
| Defendants. | |

On March 2, 2021, the Court issued a Findings and Recommendations to grant in part and deny in part Defendants' motion to dismiss. (Doc. 16.) On further consideration, the parties are advised that the Findings and Recommendations are hereby VACATED. The Court will issue new Findings and Recommendations by separate order.

IT IS SO ORDERED.

Dated:   **September 28, 2021**          /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE

1