UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA ARZOLA,<br><br>                  Plaintiff,<br><br>         v.<br><br>OSCAR ROBLES and CITY OF WOODLAKE,<br><br>                  Defendants. | No. 1:20-cv-00816-JLT-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 20)<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS COMPLAINT<br><br>ORDER DIRECTING PLAINTIFF TO AMEND HER COMPLAINT |

Alejandra Arzola filed a complaint alleging a violation of her civil rights pursuant to 42 U.S.C. § 1983 under the Fourth and Fourteenth Amendments, as well as various state torts. (Doc. 1.) On June 15, 2020, Defendant City of Woodlake, joined by Defendant Robles, filed a motion to dismiss the complaint pursuant to Fed. R. Civ. P. Rule 12(b)(6) based on violation of the statute of limitations. (Docs. 3, 4.)  The motion was referred to the assigned magistrate judge on January 26, 2021, for preparation of Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 28, 2021, the assigned magistrate judge issued Findings and Recommendations to grant in part and deny in part Defendants' motion to dismiss the complaint. (Doc. 20.) On October 5, 2021, Defendant City of Woodlake filed objections. (Doc. 21.)  On

1  October 6, 2021, Defendant Robles joined in the objections. (Doc. 22.)

2  According to 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Defendants' objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.  Thus,

1. The Findings and Recommendations issued on September 28, 2021, (Doc. 20), are adopted in full;
2. Defendants' motion to dismiss (Doc. 3), is granted in part and denied in part;
3. Plaintiff is directed to amend her complaint to include only her timely claims within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated:  **August 22, 2022**

UNITED STATES DISTRICT JUDGE

2