Bruce D. Praet, SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
BPraet@aol.com

Attorneys for Defendant City of Woodlake

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA ARZOLA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>OSCAR ROBLES, CITY OF WOODLAKE and DOES 1 through 20 inclusive,<br><br>                    Defendants. | NO. 1:20−cv−00816−JLT−SKO<br><br>**ORDER VACATING SCHEDULING CONFERENCE**<br><br>**(Doc. 33)**<br><br>**DATE: November 1, 2022**<br>**TIME:  9:30 a.m.**<br>**CTRM: 7** |

In view of the parties' stipulation (Doc. 33), and for good cause shown, the initial mandatory scheduling conference set for November 1, 2022, at 9:30 a.m. before Magistrate Judge Sheila K. Oberto is VACATED, to be RESET after the criminal proceedings involving Defendant Robles are resolved.  The parties are ORDERED to jointly file a status report every ninety (90) days to advise the Court of the status of the criminal proceedings.

IT IS SO ORDERED.

Dated:   **October 21, 2022**

                                    */s/ Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE